# LEVENTHAL & KLEIN, LLP

ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

December 21, 2012

**BY ECF**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Allan Lans-Shavuo v. City of New York et al.</u>, 12 CV 3228 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

    I represent the plaintiff in the above-referenced civil rights action. I write to request that plaintiff's time to add additional parties be extended from December 24, 2012 to January 4, 2013. We make this request to facilitate further discussion by the parties with regard to whether additional parties will be added on consent or if motion practice might be warranted. I tried to reach Mr. Owen today to obtain his consent, but I have not heard back from him. However, given his courtesy in this and other matters, I would not anticipate any opposition.

    Thank you for your consideration.

Respectfully,

Brett H. Klein

cc:    Andrew Owen, Esq. (by ECF)